4-201

[2-201, 3-201]

STATE OF NEW MEXICO

IN THE First Judicial DISTRICT COURT
Santa Fe. COUNTY

No. D101CV 2010 ____

ENDORSED
First Judicial District Court
AUG -5 2010
Santa Fe, Rio Arriba & Los Alamos Counties

Rodrigo Carrasco, Plaintiff

against Commercial Alliance Insurance Company.
Commercial Alliance Insurance Company, Defendant
415 lockhaven Dr., Address
Houston TX. 7703, City

Insured Transportes Soto e Hijo
Driver) Hector Manuel Acosta.
Date of loss June 14 2006
1160 Joe Battle el Paso Texas 79936
Accident Cars Damage

**CIVIL COMPLAINT**

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ 250,000.00 and also claims interest and court costs.

Plaintiff claims from Defendant personal property of the value of $ 250,000.00, which is described as follows: Medical bills, lost wages, pain and suffering, future medical expenses and possible surgical operations. loss of relationship with spouse, other out of pocket expenses due to my injuries

3. Plaintiff's claim arises from the following event or transaction:

_____
_____

4. Trial by jury is (not) demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

08-05-2010        Rodrigo Carrasco,
Date    Signed

Rodrigo Carrasco
Name *(print)*

4180 CHaparron place
Address *(print)*

Santa Fe New Mexico 87507
City, State and Zip Code *(print)*

(505) 470 8970
Telephone Number

[As amended, effective January 1, 1995.]


EXHIBIT A

August 4, 2010

Rodrigo Carrasco
4180 Chaparron Place
Santa fe NM, 87507

    Vs.

CAIC Insurance USA
Michelle Ornelas Claim Representative
Certificate No. CF1-112216
415 Lockhaven Dr.
Houston TX, 77073
Transportes Soto e Hijos C.V. Insured
1160 Joe Battle
El Paso TX, 79936

Honorable Judge,

    I, Rodrigo Carrasco, was in an accident on June 14, 2006 with a semi-truck from Transportes Soto e Hijos. Transportes Soto e Hijos has been neglecting to pay the damages caused from that accident. Recently I found out that the semi-truck was insured by CAIC Insurance USA. They have been neglecting to release any kind of information to me so I ask if you can give me a hearing of 15 minutes so I can make a claim of 250,000.00 dollars. This is the amount of money I ask for damages to my truck, medical expenses, surgeries, medicines, failure of child support, and other expenses. The semi-truck of Transportes Soto e Hijos invaded my lane directly to me. The accident happened 4.9 miles from the border on an International Entrance Port in Juarez, Mexico as indicated on policy PC0004724. Coverage's are valid within 50 miles from the Entrance Port of the insured Transportes Soto as stated in article 3 from the Public Law 96-296. The semi-truck was responsible for the accident and I would appreciate if you can help me get justice. Honorable Judge, thank you for your time.

    Sincerely,

*Rodrigo Carrasco. August 5, 2010*

Rodrigo Carrasco

July 14, 2010
Rodrigo Carrasco
4180 Chaparron Place
Santa fe NM, 87507
     Vs.
CAIC Insurance USA
RE: Insured Transportes Soto E Hijos S.A. de C.V.
driver, Hector Manuel Dominguez Acosta
Certificate No. C.F1-1122116
Date of Loss June 14, 2006

   Dear Michelle Ornelas,

      In the Federal law of the USA, it has been permitted to free commerce with the condition that the trucks have to be insured with in the border of Mexico. They are insured as long as they are with in 25-50 miles past the order and have to be on Port of Entrance. The accident that happened on June 14, 2006 was 4.9 miles away from the border of Mexico and it was on a Port of Entrance. I would like to receive a copy of the correct policy and what it covers for Transportes Soto e Hijos. If in two weeks we don't reach to an agreement or I don't receive the information I asked for, I will make a civil claim in the state of New Mexico for 250,000.00 dollars at the First Judicial Court County of Santa Fe. Thank you for your attention.

      Sincerely,

*[signature: Rodrigo Carrasco J. July 15 2010]*

      Rodrigo Carrasco J.
      Cell Phone (505)420-8970
          *420-8920*

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF Santa Fe

ENDORSED
First Judicial District Court

AUG -5 2010

Rodrigo Carrasco
Petitioner,

Santa Fe, Rio Arriba &
Los Alamos Counties
PO Box 2268
Santa Fe, NM 87504-2268

vs.

Case No. D101CV201002790

Commercial Alliance Insurance Company.
Respondent.

## REQUEST FOR HEARING

1. Type of case: NON JURY

2. Judge to whom assigned: Barbara J. Vigil

3. Are there any hearings presently set? ___ Yes  X  No
   If yes, when? _____

4. Specific matters to be heard [ for example, "alimony" or "Motion to Enforce", etc.]:
   _____

5. Estimated total time required for hearing all parties and witnesses: 15 minutes.

Rodrigo Carrasco,
Signature

Mailing Address for Other Party
Commercial Alliance Insurance Company
415 lockhaven Dr.
Houston Tx. 77073.
(713) 960 1214

Rodrigo Carrasco,
Print Name
4180 Chaparron Place.
Print Address
Santa fe New. Mexico 87507
Print City/State/Zip
(505) 4708970
Telephone

Other Party's Attorney

**Remember: It is Your Obligation to Promptly Mail or Serve a Copy to the Other Party**

RECEIVED
AUG 0 9 2010

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF Santa Fe

Rodrigo Carrasco, Plaintiff

VS.

No. D101CV201002790

Comercial Alliance Insurance Company, Defendant

## SUMMONS

## THE STATE OF NEW MEXICO

TO: Comercial Alliance Insurance Company Defendant
ADDRESS: 415 Lockhaven Dr. Houston Texas 77073
GREETINGS:

You are hereby directed to serve a pleading or motion in response to the complaint within thirty (30) days after service of this summons, and file the same, all as provided by law.

You are notified that, unless you serve and file a responsive pleading or motion, the plaintiff will apply to the court for the relief demanded in the complaint.

Attorney or attorneys for plaintiff:

_____

Address of attorneys for plaintiff:
(or of plaintiff, if no attorney)
4180 Chaparron Place
Santa Fe New Mexico 87507
(505) 470 8970

WITNESS the Honorable Barbara J. Vigil _____, district judge of the FIRST judicial district court of the State of New Mexico, and the seal of the district court of SANTA FE County, this 5th day of AUGUST, 2010.

STEPHEN T. PACHECO
Clerk of the Court
By: _Jessica M. _____
Deputy

Converted WP file /web/dow~\`~ad/n/newatty/dc-civil/Holding/4-206
Case 1:10-cv-00838-MV-KBM   Document 1-1   Filed 09/09/10   Page 6 of 6
Page 2 of 2

(check one box and fill in appropriate blanks)

[ ]  [to Defendant _____ (used when Defendant receives copy of Summons or refuses to receive Summons)

[ ]  [to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant _____, who at the time of such service was absent therefrom.]

[ ]  [by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual place of abode)

[ ]  [to _____, an agent authorized to receive service of process for Defendant

[ ]  [to _____, (parent) (guardian) of Defendant _____ ( used when Defendant is a minor or an incompetent person)

[ ]  [to _____ (name of person), _____, (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)

Fees:

_____
Signature of Person Making Service

_____
Title (if any)

*Subscribed and sworn to before me this _____ day of _____, 19\_\_\_\_\_

_____
Judge, Notary or Other Officer Authorized to Administer Oaths

_____
Official Title

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.
[Adopted effective August 1, 1988.]
r