IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RODRIGO CARRASCO,

      Plaintiff,

v.                                          CIV 10-0838 MV/KBM

COMMERCIAL ALLIANCE INSURANCE COMPANY

      Defendant.

## COMMERCIAL ALLIANCE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

In accordance with the Federal Rules of Civil Procedure, Rule 56, Defendant Commercial Alliance Insurance Company's ("CAIC") respectfully requests this Court to grant its Motion for Summary Judgment. As discussed more fully in its Memorandum Brief submitted contemporaneously herewith, Plaintiff's claims must fail as a matter of law as there is no basis in law or fact to impute any liability against this Defendant.

Concurrence of the Plaintiff was sought and Defendant has not heard from the Plaintiff in time to note his concurrence or opposition to this Motion.

                                                   Respectfully Submitted,

                                                   SIMONE, ROBERTS & WEISS, P.A.

                                                   */s/*_____
                                                  MEENA H. ALLEN
                                                  Counsel for Commercial Alliance Insurance
                                                  11200 Lomas Boulevard, NE, Suite 210
                                                  Albuquerque, New Mexico 87112
                                                  (505) 298-9400

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of December 2011, a true and correct copy of the foregoing was mailed via USPS to:

Rodrigo Carrasco
4180 Chapparron Place
Santa Fe, NM 87507

*/s*
Meena H. Allen