## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**RODRIGO CARRASCO,**

    Plaintiff,

v.                                                                                     **No.10cv838 MV/KBM**

**COMMERCIAL ALLIANCE INSURANCE COMPANY,**

    Defendant,

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Memorandum Opinion and Order granting summary judgment in favor of Defendant and filed concurrently with this judgment,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

**DATED** this 28th day of March, 2012.

_____
**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**